GALLIAN WELKER
& BECKSTROM, L.C.
James M. Elegante (00968)
Matthew D. Ekins (12344)
965 East 700 South, Suite 305
St. George, Utah  84790
T:  (435) 628-1682
F:  (435) 628-9561
jelegante@utahcase.com
matt@utahcase.com

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH,
SOUTHERN REGION OF CENTRAL DIVISION

| | |
|---|---|
| NATHANIEL PAUL, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>TITAN STAIRS & TRIM, INC., KENDALL D. PRISBREY and KODY PRISBREY,<br><br>    Defendants. | **MOTION TO DISMISS**<br><br><br>Case No. 4:19-CV-00076<br><br>District Judge David Nuffer<br><br>Magistrate Judge Paul Kohler |

**JOINT STIPULATION FOR DISMISSAL**

Plaintiff Nathaniel Paul and Defendants Titan Stairs & Trim, Inc., Kendall Prisbrey, and Kody Prisbrey, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby jointly stipulate and move the Court for its Order dismissing this action with prejudice, each party to bear its own costs and fees, except as specifically agreed to by the Parties or otherwise previously ordered by the Court.

Dated:  July 28, 2020                    Respectfully submitted,

                                         Gallian Welker & Beckstrom, LLC

                                         By: /s/ James Elegante
                                             James M. Elegante

Robert W. Cowan
*Admitted pro hac vice*
Katie R. McGregor
*Admitted pro hac vice*
Bailey Cowan Heckaman PLLC

*Attorneys for Plaintiff*


Respectfully submitted,

By: <u>/s/ Robert M. Jensen</u>
    Robert M. Jensen
    Jensen Bayles

*Attorneys for Defendants*